UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| SLSJ, LLC, | : | Case No. 3:14-CV-00390 (CSH) |
| Plaintiff, | : | |
| v. | : | |
| ALBERT KLEBAN and THE LE RIVAGE, LIMITED PARTNERSHIP, | : | April 5, 2018 |
| Defendants. | : | |

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT[1]

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendants Albert Kleban and The Le Rivage Limited Partnership ("Le Rivage") (herein collectively "Defendants") respectfully move that summary judgment enter against Plaintiff SLSJ, LLC's Complaint. The Complaint alleges breach of fiduciary duty against Kleban (count one); aiding and abetting

---

[1] Defendants' Motion for Summary Judgment is filed in accordance with the Scheduling Order, which directed dispositive motions to be filed "within thirty (30) days following the close of discovery." Doc. 84. As discussed herein, completion of discovery has been delayed because the revised report of Plaintiff's expert, Professor Jonathan R. Macey, has not to date been disclosed.

The Court's September 29, 2017 ruling on Defendants' Motion to Prelude Expert Testimony (the "Ruling") provided, in pertinent part, that Professor Macey's "report is so infused with what is impermissible … that the proper course for the Court to take at this time is to grant the Defendants' motion to preclude Macey's report in its present form, together with its proposed accompanying testimony, *without prejudice* to Plaintiff's counsel obtaining from Professor Macey a revised report and proposed testimony, whose contents comply with the strictures and limitations expressed in this Ruling." Doc. 85 at 52.

On October 4, 2017, counsel conferred in regard to the Ruling and the scheduling of Defendants' disclosure of experts pending the submission of a revised expert report from Professor Macey. Plaintiff's counsel stated that Professor Macey would need additional time to review the Court's ruling and to provide a revised report. Defendants' counsel agreed to the request for additional time and stated he would disclose Defendants' expert reports, if any, following submission of Professor Macey's revised report.

On April 2, 2018, counsel again conferred, following receipt of the Court's order of March 29, 2018, directing filing of the Joint Trial Memorandum. Doc. 86. Plaintiff's counsel at that time informed Defendant's counsel that he does not yet have a revised report from Professor Macey. Defendants' counsel accordingly informed Plaintiff's counsel that Defendants will be filing this motion for summary judgment.

breach of fiduciary against Le Rivage (count two); violations of the Securities Act of 1934 ("Securities Act") against Kleban (count three); fraud against Kleban (count four); and imposition of constructive trust against Le Rivage (count five). See Doc. 1.

As discussed in the Memorandum of Law filed herewith, the case must be dismissed because Plaintiff's theories of liability are legally defective and not supported by the facts. As matters of law, Plaintiff was neither owed a fiduciary duty nor possessed a "security" interest as defined in the Securities Act. Moreover, the record demonstrates that Plaintiff's allegations against Defendants are false, and that Albert Kleban at all times relevant dealt with Plaintiff in a fair and transparent manner.

WHEREFORE, Defendants respectfully request that this Court grant their Motion for Summary Judgment and dismiss this case in its entirety.

Respectfully Submitted,

ALBERT J. KLEBAN and
THE LE RIVAGE, L.P.

/s/ Richard W. Bowerman
Richard W. Bowerman (ct 04181)
LeClairRyan, A Professional Corporation
545 Long Wharf Drive, Ninth Floor
New Haven, Connecticut 06511
Tel.: (203) 672-1638
Fax: (203) 672-3228
richard.bowerman@leclairryan.com

— Their Attorney —

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018, the foregoing document was filed electronically and sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

/s/ Richard W. Bowerman
Richard W. Bowerman (ct 04181)