UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| SLSJ, LLC, | Case No. 3:14-CV-00390 (CSH) |
| Plaintiff, | |
| v. | |
| ALBERT KLEBAN and THE LE RIVAGE, LIMITED PARTNERSHIP, | April 5, 2018 |
| Defendants. | |

## AFFIDAVIT OF RICHARD BOWERMAN IN SUPPORT OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

STATE OF CONNECTICUT)
                              ) ss: New Haven
COUNTY OF NEW HAVEN)

Richard Bowerman, being duly sworn, deposes and says:

1. I am an attorney admitted to practice law before the courts of the State of Connecticut and the United States District Court for the District of Connecticut. I am a shareholder of the firm LeClairRyan, a Professional Corporation.

2. I represent Defendants Albert Kleban and the Le Rivage Limited Partnership ('Le Rivage") in this case.

3. I believe in the obligation of an oath.

4. The representations made herein are based on my personal knowledge.

5. I file this affidavit in support of Defendants' Motion for Summary Judgment.

6. Attached to Defendants' Local Rule 56(a)(1) Statement are Exhibits A through SSS (the "Exhibits").

7. Exhibit A is a true and correct copy of relevant excerpts of the deposition transcript of SLSJ, LLC ("SLSJ" or Plaintiff")

8. Exhibit B is a true and correct copy of the Sun Realty Operating Agreement.

9. Exhibit C is a true and correct copy of the SMP Consent Agreement and related documents.

10. Exhibit D is a true and correct copy of relevant excerpts of the deposition transcript of Albert Kleban.

11. Exhibit E is a true and correct copy of relevant excerpts of the deposition of Allan Kleban.

12. Exhibit F is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty members, dated 1/9/12.

13. Exhibit G is a true and correct copy of the Turnpike Property Management Contract, dated 1/1/01.

14. Exhibit H is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 1/18/08.

15. Exhibit I is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 10/22/09.

16. Exhibit J is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 8/3/10.

17. Exhibit K is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 9/29/10

18. Exhibit L is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 12/7/10

19. Exhibit M is a true and correct copy of an e-mail from J. Campbell to Sun Realty Members, dated 2/15/12.

20. Exhibit N a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 10/13/11.

21. Exhibit O a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 10/18/11.

22. Exhibit P is a true and correct copy of an e-mail from J. Campbell to C. Schreder, dated 11/22/08.

23. Exhibit Q is a true and correct copy of an e-mail from C. Schreder to J. Campbell, dated 8/11/10.

24. Exhibit R is a true and correct copy of an e-mail from J. Campbell to C. Schreder, dated 8/17/11.

25. Exhibit S is a true and correct copy of an e-mail from C. Schreder to J. Campbell, dated 10/20/11.

26. Exhibit T is a true and correct copy of an e-mail from J. Campbell to C. Schreder, dated 10/25/11.

27. Exhibit U is a true and correct copy of an e-mail from C. Schreder to J. Campbell, dated 10/28/11.

28. Exhibit V is a true and correct copy of an e-mail from C. Schreder to J. Campbell, dated 11/2/11.

29. Exhibit W is true and correct copy of a note from Albert Kleban, dated 11/3/11.

30. Exhibit X a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 11/6/09.

31. Exhibit Z is a true and correct copy of a biography of Carleen L. Schreder.

32. Exhibit AA is a true and correct copy of a letter from J. Campell to C. Schreder, dated 8/5/05.

33. Exhibit BB is a true and correct copy of a letter from C. Schreder to J. Campbell, dated 8/5/05.

34. Exhibit CC is a true and correct copy of an e-mail from C. Schreder to J. Campbell, dated 11/8/11.

35. Exhibit DD is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 1/9/12.

36. Exhibit EE is a true and correct copy of the Wellspeak Appraisal, dated 12/13/11.

37. Exhibit GG is a true and correct copy of an e-mail from C. Schreder to J. Campbell, dated 1/20/12.

38. Exhibit HH is a true and correct copy of a Memorandum from C. Schreder to Albert Kleban, dated 3/12/12.

39. Exhibit II is a true and correct copy of a letter from C. Schreder to Albert Kleban, dated 8/3/05.

40. Exhibit JJ is a true and correct copy of a Memorandum from C. Schreder to Albert Kleban, dated 6/29/12.

41. Exhibit KK, is a true and correct copy of an e-mail from J. Campbell to C. Schreder, dated 9/25/12.

42. Exhibit LL is a true and correct copy of an e-mail of a Memorandum from Albert Kleban to Sun Realty Members, dated, 6/27/12.

43. Exhibit MM is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 7/10/12.

44. Exhibit NN is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 12/12/12.

45. Exhibit OO is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 4/6/13.

46. Exhibit PP is a true and correct copy of an e-mail from J. Campbell to Sun Realty Members, dated 4/19/13.

47. Exhibit QQ is true and correct as to the Family Meeting.

48. Exhibit RR is a true and correct copy of Ken Kleban's Deposition Transcript ("K. Kleban Dep.").

49. Exhibit SS is a true and correct copy of an e-mail from Allan Kleban to L. Jeruss, dated 4/30/13 with K. Kleban Valuation.

50. Exhibit TT is a true and correct copy of a letter from Albert Kleban to L. Jeruss, dated 5/22/13.

51. Exhibit UU is a true and correct copy of the SLSJ Purchase Agreement, dated 6/1/13.

52. Exhibit VV is a true and correct copy of the Allan Kleban Purchase Agreement, dated 6/1/13.

53. Exhibit WW is a true and correct copy of the SLSJ Assignment, dated 6/29/13.

54. Exhibit XX is a true and correct copy of the Allan Kleban Assignment, dated 7/31/13.

55. Exhibit ZZ is a true and correct copy of the HFF Financing Fee Agreement, executed 8/15/13.

56. Exhibit AAA is a true and correct copy of the Third Amendment to Contribution Agreement, dated 12/1/13.

57. Exhibit BBB is a true and correct copy of the Regency Letter of Intent, dated 10/11/13.

58. Exhibit CCC is a true and correct copy of the Regency Dep. At 19:8-20.

59. Exhibit DDD is a true and correct copy of the Contribution Agreement, dated 10/17/13.

60. Exhibit EEE is a true and correct copy of the First Amendment to Contribution Agreement, dated 11/5/13.

61. Exhibit FFF is a true and correct copy of the Second Amendment to Contribution Agreement, dated 11/20/13.

62. Exhibit GGG is a true and correct copy of a letter from J. Campbell to C. Schreder, dated 8/8/05.

63. Exhibit HHH is a true and correct copy of an e-mail from Albert Kleban to Sun Realty Members, dated 7/14/12.

64. Exhibit III is a true and correct copy of an e-mail from C. Schreder to J. Campbell, dated 9/11/12.

65. Exhibit JJJ is a true and correct copy of an e-mail from C. Schreder to J. Campbell, dated 4/18/13.

66. Exhibit LLL is a true and correct copy of an e-mail from L. Jeruss to J. Blank, dated 4/23/13.

67. Exhibit MMM is a true and correct copy of an e-mail from R. Hoffman to J. Blake, dated 4/24/13.

68. Exhibit NNN is a true and correct copy an e-mail from C. Schreder to J. Campbell, dated 1/29/08.

69. Exhibit OOO is a true and correct copy of an Opinion, signed by Stephan B. Gorziner, dated 6/29/13.

70. Exhibit PPP is a true and correct copy of a Memorandum from Albert Kleban to Sun Realty Members, dated 11/6/09.

71. Exhibit RRR is a true and correct copy of an e-mail from R. Rizzi to J. Rotonde, dated 11/23/12.

72. Exhibit SSS is a true and correct copy of an Estoppel Certificate addressed to Albert Kleban and signed by Sun Realty-SMP, Inc., dated 6/29/13.

_____
Richard W. Bowerman.

Subscribed and sworn to before me this 5th day of April, 2018

_____
Notary Public/Commissioner of the Superior Court
My Comm. Expires 12/31/22